IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chanan Nathan Pasik, individually and on behalf of others similarly situated<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Boon Technologies, LLC, et al.,<br><br>　　　　　　　Defendant. | Case No. 19-2357-FB-JO<br><br>**MOTION TO APPEAR PRO HAC VICE** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Matthew Borden, Esq., hereby move this Court for an Order to appear Pro Hac Vice as counsel for Defendants Boon Technologies, LLC; Wondercide, LLC; and Stephanie Boone in the above-captioned action.

　　　　I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court.  A copy of my certificate of good standing from the State of California is attached as **Exhibit A**.

Dated: July 10, 2019　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Matthew Borden
　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew Borden

　　　　　　　　　　　　　　　　　　　　　　　Matthew Borden, Esq.
　　　　　　　　　　　　　　　　　　　　　　　BRAUNHAGEY & BORDEN LLP
　　　　　　　　　　　　　　　　　　　　　　　351 California Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 599-0210
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 276-1808
　　　　　　　　　　　　　　　　　　　　　　　Email: borden@braunhagey.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

1

# EXHIBIT A



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## MATTHEW BROOKS BORDEN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **MATTHEW BROOKS BORDEN, #214323**, was on the **10th** day of **July, 2001,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 9th day of July, 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk