**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Chanan Nathan Pasik, individually and on behalf of others similarly situated<br><br>               Plaintiff,<br><br>    v.<br><br>Boon Technologies, LLC, et al.,<br><br>               Defendant. | Case No. 19-CV-2357-FB-JO<br><br>**DECLARATION OF J. NOAH HAGEY, ESQ. RE ORDER TO SHOW CAUSE** |

1

I, J. Noah Hagey, declare:

1.     I am licensed to practice before this Court and am counsel of record for Defendants. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts below.

2.     I was admitted to the New York Bar in 2003 and have been practicing in New York ever since.  No Court has ever found that I have violated a Court Order.  I have not tried to violate any Order by this Court.  To the extent I have done anything that the Court believes is contrary to any of its Orders, I apologize.

3.     I have defended numerous class actions in New York and across the country.  In such cases, I have taken discovery on the adequacy of the putative class representative and his or her representation under Federal Rule of Civil Procedure 23(a)(4).  Such discovery sometimes involves uncomfortable topics, such as prior misconduct, but it has never been disallowed in any case in which I have been involved.

4.     In seeking the discovery at issue, it was not my intent to harass Plaintiff's lawyer. I have never communicated with Plaintiff's lawyer.

5.     In reviewing the transcript from the September 25, 2019 conference, I did not understand the Court to be limiting the scope of discovery on adequacy or representation.  Had I known that to be the case, Defendants would not have propounded Document Requests 11-13.

6.     In the two business days since receiving the Court's Order, we have made good faith attempts to obtain expert declarations to respond to the ethical and other issues that the Court has raised in the OSC.  Defendants anticipate filing supplementary declarations well before the hearing and would appreciate the Court's willingness to consider the information contained therein.

I declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct.

Dated: December 31, 2019                By: _____ */s/ J. Noah Hagey* _____
                                                     J. Noah Hagey