| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>U.S. Magistrate Judge | Date:  1/10/2020<br>Time:  9:30 a.m. |

*Chanan Nathan Pasik v. Boon Technologies, LLC, et al.*
19-CV-2357 (FB) (JO)

Type of Conference:  Status

Appearances:  Plaintiff     Mark Schlachet

Defendants  David Kwasniewski, Matthew B. Borden, Jonas N. Hagey (counsel); Stephanie L. Boone (client)

Scheduling:

1. The next status conference will be held on March 4, 2020, at 11:30 a.m.

2. A pretrial conference will be held on June 24, 2020, at 9:30 a.m.

Summary: As set forth on the record, I granted the request for a protective order. In light of the extensive information the defendants have already gathered about the investigation of plaintiff's counsel in the early 1980s, further discovery relating to that investigation is precluded as cumulative and likely to impose burdens disproportionate to the parties' legitimate need for information that will allow a fair resolution of the case on the merits. I will take under advisement the possibility of additional remedial action.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge