UNITED STATES DISTRICT COURT                          *Corrected* Civil Conference
EASTERN DISTRICT OF NEW YORK                          Minute Order

Before: James Orenstein                               Date:        1/16/2020
        U.S. Magistrate Judge                         Time:        11:30 a.m.

*Chanan Nathan Pasik v. Boon Technologies, LLC, et al.*
19-CV-2357 (FB) (JO)

Type of Conference:  Telephone

Appearances:   Plaintiff       Mark Schlachet

               Defendants      David Kwasniewski, Matthew B. Borden

Scheduling:

1.      The next status conference will be held on March 4, 2020, at 11:30 a.m.

2.      A pretrial conference will be held on June 24, 2020, at 9:30 a.m.

Summary: As set forth on the record, I granted the motion for a protective order: the defendants may take the plaintiff's deposition on February 6, 2020, without prejudice to the parties' right to unanimously consent to an alternate date. The defendants remain free to send disclosures by regular mail, but I direct any party sending disclosures by mail to provide copies of such disclosures by email to avoid needless delay and inconvenience to opposing counsel. In light of the defendants' continued violations of court orders and rules, most recently the violation of Local Civil Rule 26.4, I concluded that I had improvidently granted the applications of Messrs. Borden and Kwasniewski for admission to the bar of this court *pro hac vice*. I therefore vacated my orders of July 11 and September 27, 2019, granting those applications. At this time I will not refer the defendants' counsel to any disciplinary committee nor disqualify the attorney for the defendants who is admitted to practice in this court; however, should the defendants continue their scorched-earth practice rather than simply litigate this case on the merits in accordance with applicable rules, I will renew my consideration of such remedial measures.

SO ORDERED

        /s/
James Orenstein
U.S. Magistrate Judge