```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


CHANA NATHAN PASIK,            *    Case No.  19-CV-02357(FB)
                               *
          Plaintiff,           *    Brooklyn, New York
                               *    December 11, 2019
     v.                        *
                               *
BOON TECHNOLOGIES, LLC,        *
 et al.,                       *
          Defendants.          *
                               *
* * * * * * * * * * * * * * * *

        TRANSCRIPT OF CIVIL CAUSE FOR INITIAL CONFERENCE
            BEFORE THE HONORABLE JAMES ORENSTEIN
               UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:           MARK SCHLACHET, ESQ.
                             Law Offices of Mark Schlachet
                             3515 Severn Road
                             Cleveland, OH  44118

For the Defendants:          JONAS NOAH HAGEY, ESQ.
                             BraunHagey & Borden LLP
                             7 Times Square
                             New York, NY  10036

                             DAVID KWASIEWSKI, ESQ.
                             MATTHEW B. BORDEN, ESQ.
                             BraunHagey & Borden LLP
                             351 California Street
                             San Franscisco, CA  94104




Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

**Fiore Reporting and Transcription Service, Inc.**
**4 Research Drive, Suite 402**
**Shelton, Connecticut 06484 (203)929-9992**

2

1        (Proceedings commenced at 2:05 p.m.)
2              THE CLERK:  Civil cause for initial conference,
3   Pasik vs. Boon Technologies, LLC, et al., docket no. 19-
4   Civil-2357.
5              Would you all please state your appearances for the
6   record, starting with the plaintiff.
7              MR. SCHLACHET:  Mark Schlachet for the plaintiff.
8              THE COURT:  Good afternoon.
9              MR. SCHLACHET:  Good afternoon, Your Honor.
10             MR. KWASNIEWSKI:  Good afternoon, Your Honor. David
11  Kwasniewski for the defendants.
12             THE COURT:  Good afternoon.  All right, folks.
13             Mr. Kwasniewski, can you give me a suggestion,
14  please, of what words or gestures I should use in the future
15  to convey sufficiently for your purposes that an order is
16  something that you must comply with?
17             MR. KWASNIEWSKI:  Well, Your Honor --
18             THE COURT:  Typically, something that says so
19  ordered, or words substantively the same, is sufficient for
20  most of the attorneys who appear in this court and typically
21  saying it once suffices.
22             I'm learning that isn't sufficient for you. I'm not
23  sure if it's because you normally practice elsewhere or not,
24  but would you just please tell me what I can say or do so
25  that you will comply with an order the first time?

```
1           MR. KWASNIEWSKI:  Well, Your Honor, let me --
2           THE COURT:  Answer that question, please.  Don't
3    tell me something else. Just answer that question, please.
4           MR. KWASNIEWSKI:  Going forward there's nothing
5    more you need to say or do, Your Honor.
6           THE COURT:  All right.  I will get compliance with
7    an order the first time, correct?
8           MR. KWASNIEWSKI:  Yes, Your Honor.
9           THE COURT:  All right.  And do you understand, and
10   if you don't, please do understand, I will not hesitate to
11   disqualify you from this case, refer you to the disciplinary
12   committee, impose sanctions on your client if we have to go
13   through this exercise again.
14          You began your appearance here by violating several
15   Rules of Professional Conduct.  You've continued, despite
16   warnings, to ignore explicit court orders without any good
17   faith basis.
18          So do you understand that it if happens again, you
19   will be disqualified and referred to the Committee on
20   Grievances?
21          MR. KWASNIEWSKI:  I do understand that, Your Honor.
22          THE COURT:  Good.  Is there anything anyone wants
23   to tell me about issues that are likely to come up in the
24   discovery schedule that Mr. Schlachet has proposed?
25          Any problems in timing or substantive issues that
```

4

1  you anticipate will be in dispute with respect to the
2  exchange of discovery?
3              MR. SCHLACHET:  Nothing for us, Your Honor.
4              MR. KWASNIEWSKI:  Nothing from the defendants, Your
5  Honor.
6              THE COURT:  All right.  I'll enter the schedule
7  that Mr. Schlachet proposed.
8              Why don't we plan on getting together on March 4th
9  at 11:30 for a status conference.  Everything's on track and
10 if you don't have any disputes for me to resolve, let me know
11 and we can adjourn it.
12             Is there anything else anyone wants to raise today?
13             MR. SCHLACHET:  Nothing from plaintiff, Your Honor.
14             MR. KWASNIEWSKI:  Nothing else from the defendants,
15 Your Honor.
16             THE COURT:  Have a good day.
17             MR. SCHLACHET:  Thank you, Your Honor.
18             MR. KWASNIEWSKI:  Thank you, Your Honor.
19        (Proceedings concluded at 2:09 p.m.)
20
21
22
23
24
25

5

1
2     I, CHRISTINE FIORE, court-approved transcriber and
3  certified electronic reporter and transcriber, certify that
4  the foregoing is a correct transcript from the official
5  electronic sound recording of the proceedings in the above-
6  entitled matter.
7
8  *[signature: Christine Fiore]*
9  _____          January 28, 2019
10    Christine Fiore, CERT
11        Transcriber