# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Franklin B. Velie, Esq.**
Velie@braunhagey.com

March 27, 2020

**VIA ECF**

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Pasik v. Boon Technologies, LLC, et al.,* Case No. 19-2357-FB-JO (E.D.N.Y.)

Dear Judge Orenstein:

Together with my colleague Jonathan Kortmansky, I recently have joined the New York office of BraunHagey & Borden LLP, and have been asked to appear in this and other matters handled by the firm.

We recognize that the posture of this case has an unusual bearing. The parties to the litigation have amicably settled their dispute, and a copy of the settlement agreement was lodged under seal with the Court.

The only remaining matter is my colleagues' unopposed January 30, 2020 motion (ECF No. 47), the "Motion") for reconsideration of the Court's January 16, 2020 minute order. At issue is the vacated *pro hac vice* admission of my colleagues Matt Borden and David Kwasniewski. I have been a member of this bar for over 50 years and take pride in the exemplary traditions of the Eastern District of New York. As such, I join in expressing our colleagues' apology for any conduct that caused the Court to be concerned about the standard of practice of the firm or its lawyers. We likewise echo their sentiments regarding the seriousness of the Court's admonitions.

Given the unusual status of the case and our recent entry to it, we respectfully inquire whether a status conference would be useful to the Court, whether to discuss the merits of the Motion or the matter's procedural status. For example, it may be sensible to proceed with dismissal of the action as contemplated by the parties' settlement, while leaving the timing of Your Honor's evaluation of the Motion undisturbed.

We appreciate the Court's attention and are available at Your Honor's convenience should a status conference be helpful.

Respectfully yours,

Franklin B. Velie

Cc: All Counsel of Record (via ECF)

**San Francisco**
351 California St., 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square, 27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403