**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Chanan Nathan Pasik, individually and on behalf of others similarly situated<br><br>          Plaintiff,<br><br>     v.<br><br>Boon Technologies, LLC, et al.,<br><br>          Defendants. | Case No. 19-2357-FB-JO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND  ORDER TO RETAIN JURISDICTION FOR LIMITED PURPOSE** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)
AND  ORDER TO RETAIN JURISDICTION FOR LIMITED PURPOSE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsels that:

1.  The above-captioned action is voluntarily dismissed, with prejudice against

    Defendants Boon Technologies, LLC, Wondercide, LLC, and Stephanie Lynn Boone

    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2.  The Court retain jurisdiction for the sole purpose of permitting final adjudication of

    Defendant's request for reconsideration of the Magistrate Judge's January 16, 2020

    Minute Order regarding the admission *pro hac vice* of Defendants' non-New York

    barred counsel.  Dkt, Nos. 41, 47 & 49.

(Signatures on Following Page)

By: _____/s/_____

J. Noah Hagey

J. Noah Hagey, Esq.
Frank B. Velie, Esq.
BRAUNHAGEY & BORDEN LLP
7 Times Square, 27th Floor
New York, NY 10036-6524
Tel./Fax: (646) 829-9403
Email: hagey@braunhagey.com
Email: velie@braunhagey.com

*Counsel for Defendants*

Dated: __March 30, 2020__


By: _____/s/_____

Mark Schlachet

Mark Schlachet, Esq.
3515 Severn Road
Cleveland, Ohio 44118
Tel: 216-225-7559
Fax: 216-932-5390
Email: markschlachet@me.com

*Counsel for Plaintiff*

Dated: __March 30, 2020__


SO ORDERED.

**Dated: Brooklyn, New York**
_____4/2/2020_____


/S/  Frederic Block
Frederic  Block
**U.S.** District  Judge